TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

```
  ✓ FILED      ___ LODGED
  ___ RECEIVED ___ COPY

       FEB 1 0 2026

  CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Mario Perez Garcia,<br><br>　　　　　Defendant. | No.　CR-26-00117-PHX-KML (JZB)<br><br>**I N D I C T M E N T**<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>(Counts 1-12)<br><br>18 U.S.C. § 924(d);<br>21 U.S.C. § 853; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1-12**</u>

On or about the below listed dates, in the District of Arizona, Defendant, MARIO PEREZ GARCIA, knowingly made a false statement and representation in connection with the acquisition of a firearm to Federal Firearms Licensee (FFL), which was intended and likely to deceive the FFL as to a fact material to the lawfulness of a sale of a firearm to the below listed FFLs, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, MARIO PEREZ GARCIA, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473,

Firearms Transaction Record, stating he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant, MARIO PEREZ GARCIA, knew that he was buying the firearm on behalf of another person to the following FFLs:

| Count | Date | FFL | Type of Firearm |
| --- | --- | --- | --- |
| 1 | 11/7/2023 | Harris Brothers Tactical | 1 Barrett .50 Caliber Rifle |
| 2 | 12/11/2023 | Baseline Pawn | 1 Barrett .50 Caliber Rifle |
| 3 | 1/18/2024 | Baseline Pawn | 1 FN M249S Rifle |
| 4 | 2/7/2024 | Arizona State Armory | 3 Glock Pistols |
| 5 | 2/9/2024 | Predator Guns LLS, dba Healy | 1 Sig Sauer Rifle |
| 6 | 2/12/2024 | Arizona State Armory | 2 Sporter Rifles, 1 VSKA Rifle |
| 7 | 2/19/2024 | Baseline Pawn | 4 VSKA Rifles |
| 8 | 2/20/2024 | Baseline Pawn | 3 VSKA Rifles |
| 9 | 2/22/2024 | Baseline Pawn | 5 VSKA Rifles |
| 10 | 2/29/2024 | Baseline Pawn | 1 FN M249S Rifle |
| 11 | 3/4/2024 | Baseline Pawn | 1 Barrett .50 Caliber Rifle |
| 12 | 3/14/2024 | Baseline Pawn | 4 VSKA Rifles |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1-12 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and upon

conviction of the offenses alleged in Counts 1-12 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable.  If any forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  February 10, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
SHEILA PHILLIPS
Assistant U.S. Attorney